IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ELIZABETH SLATER, # T2899**                                       **PETITIONER**

**VERSUS**                                       **CAUSE NO. 3:23cv207-TSL-BWR**

**STATE OF MISSISSIPPI**                                       **RESPONDENT**

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the Order issued this date,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED,** this the 31st day of July, 2023.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE